UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AARON A. BOSWELL,<br><br>      Plaintiff,<br><br> v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | ) <br>) CV 6:12-CV-00423-SI <br>) <br>) <br>) <br>) ORDER DISMISSING PLAINTIFF'S <br>) APPEAL OF THE COMMISSIONER'S <br>) DECISION <br>) <br>) <br>) |

  Comes now this Court, having reviewed Plaintiff's attorney's Affidavit and Motion to Dismiss Plaintiff's Appeal of the Commissioner's Decision, finds that Plaintiff's motion is well taken.  This case is hereby dismissed.

  Dated the 8th day of ~~January~~ February, 2013.

IT IS SO ORDERED.

                      _____
                      District Court Judge