UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AARON A. BOSWELL, | ) |
| | ) CV 6:12-CV-00423-SI |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING PLAINTIFF'S |
| | ) APPEAL OF THE COMMISSIONER'S |
| MICHAEL ASTRUE, | ) DECISION |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Comes now this Court, having reviewed Plaintiff's attorney's Affidavit and Motion

to Dismiss Plaintiff's Appeal of the Commissioner's Decision, finds that Plaintiff's

motion is well taken.  This case is hereby dismissed.

Dated the _8th_ day of ~~January~~ February, 2013.

IT IS SO ORDERED.

_____
District Court Judge